IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
PROSPECT JV DEVELOPMENT LLC, :
PROSPECT SHARP LLC, and HS :
PROSPECT LLC, :
:
                   Plaintiffs, :     **Civil Action No. 1:18-cv-05837**
:
v. :
:     **NOTICE OF APPEARANCE**
ILLINOIS UNION INSURANCE :
COMPANY, :
                 Defendant. :
---------------------------------------------------------x

**PLEASE ENTER THE APPEARANCE** of Michael Jacobson, Esq. of the law firm of Cozen O'Connor, 45 Broadway, 16th Floor, New York, New York 10006, as counsel for defendant ILLINOIS UNION INSURANCE COMPANY in the above-entitled action, and demand that copies of all future pleadings and papers in this action be served upon the undersigned.

Dated:  New York, New York
        January 14, 2019

                                            **COZEN O'CONNOR**

                                         By: */s/ Michael Jacobson*
                                            Michael Jacobson
                                            mwjacobson@cozen.com
                                            45 Broadway Atrium 16th Floor
                                            New York, New York 10006
                                            Telephone: 212-453-3907
                                            Facsimile: 646-880-3653
                                            Attorneys for Defendant
                                            *Illinois Union Insurance Company*

To (via NYSCEF):
All counsel of record